## UNITED STATES BANKRUPTCY COURT

### District of New Jersey

In re: : Case no.: 04-41473 (NLW)
: Chapter: 13
ANGEL HERNANDEZ : Judge: Hon. Novalyn L. Winfield
Debtor :
_____ :

**FILED**
JAMES J. WALDRON, CLERK
JUL 1 7 2006
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY _____ DEPUTY

Caption of Pleading being filed: Cross Notice of Motion to Modify Order

### CERTIFICATION OF NON COMPLIANCE

### REGARDING CASE MANAGEMENT/ELECTRONIC CASE FILING ("CM/ECF")

I, Jack A. Traina, **HEREBY CERTIFY** that with respect to the transition in procedure effective October 1, 2003 which requires mandatory electronic filing for attorneys who regularly practice before this Court, and which requires attorneys to become trained and certified "Participants" of CM/ECF, if the attorney files ten (10) or more pleadings in a 12 month period, inclusive of the 2003 calendar year prior to October 1st, the following conditions apply (please chock applicable provisions):

__x__ (a) I am not currently certified as a CM/ECF Participant. During the twelve (12) month period preceding and including this filing I have-not exeeeded the ten (10) document limit; or

_____ (b) I am not currently certified as a CM/ECF Participant. The captioned pleading constitutes my tenth or successive document filed within the preceding twelve (12) month period, and I have contacted the Court to schedule training within thirty (30) days of this filing. My scheduled training date is _____ ; or

(c) I have been trained but not yet certified as a CM/ECF Participant; or

(d) I am a certified "Participant" of CM/ECF, but have encountered the following extenuating circumstances which have prevented me from complying with the mandatory filing requirement with respect to the captioned pleading:
; and

(e) Pursuant to the Court's Notice to the Bar dated June 17, 2003, and posted to the Courts Web site www.njb.uscourts.gov, I have placed the document being filed on a CDROM in PDF format.

Dated: July 14, 2006

Signature of Attorney